IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCES B. KOPECKY | ) |
| | ) |
| v. | ) NO. 3-14-1200 |
| | ) JUDGE CAMPBELL |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE CO. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 24), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss Count II (Docket No. 13) is DENIED without prejudice to being re-filed at a later date.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE